# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY,<br>        Plaintiff,<br><br>vs.<br><br>YAOBIN CHEN, et al.,<br>        Defendants. | CIVIL ACTION FILE<br><br>NO.  1:22-CV-1913-JPB |

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment and Motion for Default Judgment, and the court having granted said motions, it is

**Ordered and Adjudged** that Progressive Mountain Insurance Company has no obligation to Yaobin Chen and that Progressive Mountain Insurance Company has no obligation to provide coverage, indemnification, or a defense to the Season Seafood Respondents in the underlying lawsuit.

Dated at Atlanta, Georgia, this 7th day of February, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ N. Bowen-Haider
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 7, 2024
Kevin P. Weimer
Clerk of Court

By: s/ N. Bowen-Haider
    Deputy Clerk